UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY CRANE,

    Plaintiff,

v.

    Case No. 2:18-cv-171

    HONORABLE PAUL L. MALONEY

HEIDI E. WASHINGTON, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  August 5, 2020                    /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge